IN THE SUPREME COURT

| 306P04-4 | State v. Dwight Parker, Sr. | 1. Def's *Pro Se* PWC to Review Order of Superior Court of Pitt County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Compel Response to *Writ of Certiorari* | 3. Dismissed as Moot |
| | | 4. Def's *Pro Se* Motion for Summary Judgment | 4. Dismissed |
| 306P13 | State v. Demetrius Dallas Hairston | Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA12-1356) | Denied |
| 307P13 | State v. Lucas Guthrie Gentry | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1017) | Denied |
| 308P12-2 | Adam Troy Kittrell v. N.C. Office of Administrative Hearings and Donald W. Overby | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 309P13 | In re: Frederick Noble | Petitioner's Petition for *Writ of Mandamus* | Denied **07/11/13** |
| 309P13-2 | Frederick A. Noble v. N.C. Administrative Hearings and Donald W. Overby | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 310P13 | Tamera Collins Davis, Kevin S. Davis, Kimesha Spinks, and Marcie Jones v. Chase Home Finance, LLC, J.P. Morgan Chase Bank, N.A., and Brock & Scott, PLLC, Substitute Trustee | Plaintiff-Appellants' PDR Under N.C.G.S. § 7A-31 (COA12-1246) | Denied |
| 311P13 | State v. Venisha Chakhan Bajja | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1515) | Denied |
| 312P13 | State v. Rodrick Allen Stubbs | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1280) | Denied |